## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:21-cv-06967-RGK-MAR |
| v. | |
| $341,500.00 in U.S. Currency | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/13/2021 | 11 | NOTICE of Appearance |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed

☑ The document is stricken and counsel is ordered to file an amended or corrected document by 10/18/2021 .

☐ The hearing date has been rescheduled to _____ at _____

☐ Other

Clerk, U.S. District Court

Dated: 10/15/2021                    By: S. Williams
                                         Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge