UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$341,500.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>IKE ROBERTS,<br><br>Claimant. | Case No. 2:21-cv-06967-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR AN ORDER TO STAY THIS CIVIL FORFEITURE PROCEEDING** |

   Upon consideration of the motion by plaintiff United States of America ("the government") for an order to stay this civil forfeiture proceeding, IT IS HEREBY ORDERED that the motion is granted.  The instant civil forfeiture action is hereby stayed pending the resolution of the related federal criminal investigation.  In order to allow the Court to monitor the status of this matter, the government shall file a status report concerning the progress of the related criminal investigation no later than ninety

(90) days after this order is filed, and each successive report shall be filed within ninety (90) days of the preceding report.

Dated: _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA