UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21−cv−06967−RGK−MAR | Date | 1/24/2022 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. $341,500.00 IN U.S. CURRENCY | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Victor Rodgers, AUSA                       Michael Freedman

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 3–4 days): | August 30, 2022 at 09:00 AM |
| Pretrial Conference: | August 15, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | June 15, 2022 |
| Discovery Cut-Off Date (fact discovery): | June 1, 2022 |

Last day to amend the complaint or add parties is 2/25/2022. The parties shall participate in ADR 1 – Magistrate Judge.

**IT IS SO ORDERED.**

:01
Initials of Preparer: sw