TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$341,500.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>IKE ROBERTS,<br><br>    Claimant. | Case No. 2:21-cv-06967-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |

/ / /

/ / /

/ / /

1    Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay

2  This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to

3  18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation.  Docket

4  No. 39. The Court's order instructed the government to file reports every ninety (90)

5  days, commencing June 6, 2022, regarding the status of the criminal investigation.

6  Accordingly, the government is hereby submitting this report regarding the status of the

7  related federal criminal investigation.

8    The related federal criminal investigation is ongoing.  Pursuant to the Court's

9  Order filed March 8, 2022, the government will submit its next status report within 90

10  days of the filing of this status report (i.e., by September 6, 2022).

11

12  Dated: June 6, 2022                  Respectfully submitted,

13                                       TRACY L. WILKISON
                                         United States Attorney
14                                       SCOTT M. GARRINGER
                                         Assistant United States Attorney
15                                       Chief, Criminal Division
                                         JONATHAN GALATZAN
16                                       Assistant United States Attorney
                                         Chief, Asset Forfeiture Section

17

18                                              /s/
                                         VICTOR A. RODGERS
                                         MAXWELL COLL
19                                       Assistant United States Attorneys

20                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

21

22

23

24

25

26

27

28

1