# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>Roberts, Ike<br>Defendant(s) | CASE NUMBER<br>2:21-cv-02803-RGK-MAR<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Ike Roberts  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Allison B. Margolin, Esq.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

418 South Swall Drive
*Street Address*

Beverly Hills, CA 90211                             allison@allisonmargolin.com
*City, State, Zip*                                          *E-Mail Address*

(310)-717-1159           (310)-919-0448           222370
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of  Michael Freedman, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge