# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21 cv 6967 RGK MAR |
| v. | |
| $341,500.00 in U.S. Currency | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [44] |
| Defendant(s) | |

The Court hereby orders that the request of:

**Ike Roberts** — *Name of Party*   ☐ Plaintiff  ☒ Defendant  ☐ Other

to substitute **Allison B. Margolin, Esq.** who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

**418 South Swall Drive**
*Street Address*

**Beverly Hills, CA 90211**        **allison@allisonmargolin.com**
*City, State, Zip*                 *E-Mail Address*

**(310) 717 1159**      **(310) 919 0448**      **222370**
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of **Michael Freedman, Esq.**

*List all attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated **OCTOBER 6, 2022**

*/s/ Gary Klausner*
U. S. District Judge