LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 21-6967-GHK |
| v. | |
| $341,500 U.S. Currency, | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

____Ike Roberts____  ☐ Plaintiff  ☐ Defendant  X☐ Other  ____Claimant____
*Name of Party*

to substitute ____Eric Honig____ who is

X☐  Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

____P.O. Box 10327____
*Street Address*

____Marina del Rey,, CA 90295____          ____erichonig@aol.com____
*City, State, Zip*                                      *E-Mail Address*

____310-699-8051____        ____310-943-2220____        ____140765____
*Telephone Number*            *Fax Number*                    *State Bar Number*

as attorney of record instead of ____Allison Margolin____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                    U. S. District Judge/U.S. Magistrate Judge