LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 699-8051
Fax: (310) 943-2220

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff(s)<br>         v.<br>$341,500 U.S. Currency,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>~~21-6967-GHK~~<br>2:21-cv-06967-RGK-MAR<br><br>**(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** [68] |

The Court hereby orders that the request of:

    Ike Roberts    ☐ Plaintiff  ☐ Defendant  X☐ Other  Claimant
    *Name of Party*

to substitute    Eric Honig    who is

    🔘 Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

    P.O. Box 10327
    *Street Address*

Marina del Rey, CA 90295    erichonig@aol.com
*City, State, Zip*    *E-Mail Address*

310-699-8051    310-943-2220    140765
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of    Allison Margolin
    *List **all** attorneys from same firm or agency who are withdrawing.*

is hereby    🔘 **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated 1/19/2024        */s/ Gary Klausner*
        U. S. District Judge/~~U.S. Magistrate Judge~~