**JS6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06967-RGK-MAR |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |
| $341,500.00 IN U.S. CURRENCY, | **[74]** |
| Defendant. | |
| IKE ROBERTS, | |
| Claimant. | |

     Pursuant to the stipulation and request of Plaintiff United
States of America and claimant Ike Roberts ("the Stipulation"), and
good cause appearing therefor, IT IS HEREBY ORDERED that this action
is hereby dismissed without prejudice pursuant to Fed. R. Civ. P.
41(a)(2).


     ///
     ///
     ///

The parties shall bear their own costs and attorney fees, whether pursuant to 28 U.S.C. § 2465 or otherwise.

Dated:  **2/6/2024**

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE


Presented By:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and
Recovery Section


/s/ Victor A. Rodgers
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA


LAW OFFICES OF ERIC HONIG APLC


 /s/ Eric Honig
_____
ERIC HONIG

Attorneys for Claimant
IKE ROBERTS